■ Dolores E. Thorndike, as Executrix of Frances M. Ruf, Deceased, et al., Respondents, and Patricia A. Swarthout, Respondent-Appellant, v Wilbert J. Coombes, Respondent, and James Skordy et al., Appellants-Respondents. (Appeal No. 2.)—Appeals unanimously dismissed as moot. Same memorandum as in Thorndike v Coombes (63 AD2d 843). (Appeals from order of Allegany Supreme Court—negligence action.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.